IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02280-CMA-MEH

GREGORY L. MAKOWSKI,

    Plaintiff,

v.

FIRST NATIONAL OF NEBRASKA, and
DANIEL K. O'NEIL,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING FEBRUARY 6, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This case was referred to United States Magistrate Judge Michael E. Hegarty pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72.  (Doc. # 7.)  On February 6, 2013, Judge Hegarty issued a Recommendation, advising that the Motion to Dismiss filed by Defendants First National of Nebraska, Inc. and Daniel K. O'Neill (Doc. # 10), which under Fed. R. Civ. P. 12(d) was converted in part to a Motion for Summary Judgment, be granted in part and denied in part.  (Doc. 23 at 18.)  The Recommendation stated that "all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned."  (*Id.* at 1 n.1.)  It also informed the parties that "failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District

Judge of the proposed findings and recommendations." (*Id.*)  No party has filed objections.

In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation and the filings to which it relates, the Court discerns no clear error on the face of the record and finds that Judge Hegarty's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 23) is AFFIRMED and ADOPTED as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that the Motion to Dismiss filed by Defendants First National of Nebraska, Inc. and Daniel K. O'Neill (Doc. # 10), which under Fed. R. Civ. P. 12(d) was converted in part to a Motion for Summary Judgment, is GRANTED IN PART and DENIED IN PART as follows:

1. Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's Claims One and Two are DISMISSED WITH PREJUDICE;

2. Defendants' Motion to Dismiss is DENIED as to Plaintiff's Claim Four;

3.  Defendants' Motion to Dismiss is GRANTED as to Plaintiff's Claims Three and Five, which are DISMISSED WITHOUT PREJUDICE; and

4.  Plaintiff is GRANTED LEAVE to file an Amended Complaint within 30 days of this Order, alleging Claims Three and Five in accordance with this Order and Judge Hegarty's Recommendation.[1]

DATED: February   27  , 2013

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Judge Hegarty included Claim Four in the recommendation that Plaintiff be granted leave to Amend. (Doc. # 23 at 18.) Because Plaintiff's fourth claim for relief survived Defendants' Motion to Dismiss, Plaintiff need not alter it. However, and as indicated by Judge Hegarty's advisement, should Plaintiff decide to file an amended complaint, the filing must include each claim Plaintiff seeks to pursue, even if such claim was not dismissed here.