**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02280-CMA-MEH

GREGORY L. MAKOWSKI,

      Plaintiff,

v.

FIRST NATIONAL OF NEBRASKA, and
DANIEL K. O'NEIL,

      Defendants.

---

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii) and the Motion to Dismiss With Prejudice [26] filed by the Plaintiff on May 8, 2013, it is

ORDERED that this case is DISMISSED WITH PREJUDICE as to all claims, causes action, and parties, each party to pay his, her, or its own attorney fees and costs.

DATED:  May  11 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge